STATE OF NEW JERSEY v. RONALD LEE DAVIS.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRANCE B. HARTLEY.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN INGRAM.

May 22, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. NICOLA DI PRIMA.

May 22, 1984.

Petition for certification denied.